Daniel C. Cotman (CBN 218315)
dcotman@cotmanip.com
Rasheed McWilliams (SBN 281832)
Rasheed@cotmanip.com
Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
COTMAN IP LAW GROUP, PLC
117 East Colorado Blvd, Suite 460
Pasadena, CA 91105
(626) 405-1413/FAX: (626) 628-0404

*Attorneys for Plaintiff*
*TZU Technologies, LLC,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TZU Technologies, LLC, a California limited liability corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Internet Services, LLC, a North Carolina limited liability company, and  WMM Holdings, LLC, Nevada limited liability company,<br><br>　　　　　Defendants. | Case No.  2:15-cv-04917<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND PERMANENT INJUNCTION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Tzu Technologies LLC, ("TZU"), by and through its undersigned counsel, for its Complaint against Defendants Internet Services LLC and WMM Holdings LLC (collectively, "RT" or "Defendants") makes the following allegations. These allegations are made upon information and belief.

## JURISDICTION AND VENUE

1.     This is an action for patent infringement arising under the patent laws of the United States, including 35 U.S.C. §§ 271, 281, and 283-285.

2.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § § 1331 and 1338(a) because it arises under United States Patent law.

3.     Venue is proper in this District pursuant to 28 U.S.C. §1391(b) and (c). Defendants are subject to this Court's personal jurisdiction in the acts and transactions include the import of property identified herein through the State of California. Furthermore, Defendants, inter alia, make, sell and distribute adult oriented toys, adult oriented video and adult oriented real time services over the Internet throughout the United States, including sales targeted to the State of California, thereby purposefully availing themselves of the benefits of the state.

## THE PARTIES

4.     TZU Technologies is a limited liability company organized under the laws of the State of California and has an office and principal place of business at 35 Hugus Ally, Suite 210, Pasadena, California 91103.

5.     Defendant Internet Services LLC is a North Carolina limited liability company having a place of business at 500 Archdale Dr., Charlotte, NC 28217.

6.     Defendant WWM Holdings LLC is a Nevada limited liability company having a place of business at 500 Archdale Dr., Charlotte NC 2817.

## FACTS

7.     TZU Technologies is the owner, by assignment, of U.S. Patent No. 6,368,268 ("the '268 Patent"), entitled "Method and device for interactive virtual control of sexual aids using digital computer networks," which was duly and legally

issued on April 9, 2002, by the United States Patent and Trademark Office.  A copy of U.S. Patent No. 6,368,268 is attached to this complaint as **Exhibit A**.

8.      The claims of the '268 Patent are valid and enforceable.

9.      Defendants sells or has sold to its customers in the United States the "Real Touch Straight Device," "Real Touch Gay Device," and "RealTouch DVD's" directly on their website www.realtouch.com and through distributors. Defendants also sell video on demand services on www.realtouchvideos.com and real-time digital sex services on www.realtouchinteractive.com to be used in conjunction with the "RealTouch joystick" product by their models on www.realtouchinteractive.com (collectively "Realtouch Product Family"). A listing of the "Real Touch Straight Device" and "Real Touch Gay Device" product on Defendants' website (currently not in stock) and Real Touch encoded DVD products is attached herewith as **Exhibit B**. A listing of the "Real touch video on demand services" is attached herewith as **Exhibit C**. A listing of the Real Touch interactive services and a "Real Touch joystick" used by models on www.realtouchinteractive.com is attached herewith as **Exhibit D**.

10.     The Real Touch Product Family is composed of stimulation systems having a hand-operable input device for generating a command signal in response to an input from a first user. A first user interface is connected to the said input device, for generating a control signal based upon the command signal. A second user interface is remotely located from first user interface and a second user interface receives the control signal. A stimulation device receives a control signal from the second user interface. The stimulation signal imparts stimulation to a user in response to the control signal.

11.     The Real Touch Product Family of products infringe on one or more claims of the '268 patent.

12.     Defendant imports, buys, sells and offers to sell to its consumers the Real Touch Product Family over worldwide websites without regard to the patent rights of TZU Technologies, including in this district.

13.     Defendants' sale of products and/or services on www.realtouchvideos.com and www.realtouchinteractive.com infringes on one or more claims of the '268 Patent.

14.     Defendants' infringement of the '268 Patent has been and continues to be willful.

15.     Unless enjoined by this Court, Defendants will continue to infringe the '268 patent.

16.     Plaintiff has been, and will continue to be, irreparably harmed by Defendants' ongoing infringement of the '268 patent.

17.     This is an exceptional case under 35 U.S.C. § 285 and Plaintiff should therefore be awarded treble damages pursuant to 35 U.S.C. §284, of any and all damages awarded for Defendants' infringement of the '268 patent.

<u>COUNT I</u>

<u>CLAIM FOR PATENT INFRINGEMENT</u>

<u>UNDER 35 U.S.C. § 271 ('268 PATENT)</u>

18.     TZU Technologies hereby incorporates by reference the allegations of paragraphs 1 through 17 of this Complaint as if fully set forth herein.

19.     Defendants have imported, offered to sell and provide, have sold and provided, and continue to offer to sell and provide in the United States and in this District, products and/or services that infringe one or more claims of the '268 Patent, including the Real Touch Product Family.

20.     Defendants' sale of products and/or services on www.realtouchvideos.com and www.realtouchinteractive.com infringes on one or more claims of the '268 Patent.

21.     Defendants' infringement of the '268 Patent has been and continues to be willful.

22.     Unless enjoined by this Court, Defendants will continue to infringe the '268 Patent.

23.     As a direct and proximate result of Defendants' infringement of the '268 Patent, TZU Technologies has been and will continue to be damaged in an amount yet to be determined, including but not limited to Plaintiff's lost profits and/or reasonable royalties.

**COUNT II**

**CLAIM FOR PATENT INFRINGEMENT**

**UNDER 35 U.S.C. § 271(b) ('268 PATENT)**

24.      TZU Technologies hereby incorporates by reference the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.     Defendants were engaged in license negotiations with the previous owners of the patent, and have direct knowledge of the '268 patent.

26.     Defendants were also defendants in a previous lawsuit by a former owner of the '268 Patent in the District of Nevada that was dismissed without prejudice.

27.     Defendants operation of www.realtouchvideos.com, and www.realtouchinteractive.com and sale of real touch encoded DVD's induces users of the Real Touch Straight Device and Real Touch Gay Device, and/or models to infringe on one or more claims of the '268 Patent.

28.     Defendants' inducing infringement of the '268 Patent has been and continues to be willful.

29.     Unless enjoined by this Court, Defendants will continue to induce infringement of the '268 Patent.

30.     As a direct and proximate result of Defendants' inducement to infringe the '268 Patent, TZU Technologies has been and will continue to be damaged in an amount yet to be determined, including but not limited to Plaintiff's lost profits and/or reasonable royalties.

/ / /

/ / /

/ / /

5

**COMPLAINT**

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

A.      For a permanent injunction to issue against Defendants, their agents, servants, employees, successors and assigns and all others in concert and privity with them from making, using, offering to sell, selling, or importing into the United States any product or service infringing on claims of United States Letters Patent No.; 6,368,268;

B.      An award of damages in an amount to be determined at trial, but not less than a reasonable royalty and/or Plaintiff's lost profits as a result of Defendants' infringing actions;

C.      A finding that Defendants' infringement have been willful;

D.      A trebling, pursuant to 35 U.S.C. § 284, of any and all damages awarded for Defendants' infringement of the '268 Patent;

E.      A finding that this is an exceptional case under 35 U.S.C. § 285;

F.      An award, pursuant to 35 U.S.C. § 285, of reasonable attorneys' fees;

G.      An award of interest and costs; and

H.      For such other and further relief as may be just and equitable.

///
///
///
///
///
///

///

## **DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues and causes of action triable to a jury.

Respectfully submitted,

DATED:  June 29, 2015          **COTMAN IP LAW GROUP, PLC**

s/Rasheed M. McWilliams
By:_____
Daniel C. Cotman
Rasheed M. McWilliams
Obi I. Iloputaife
COTMAN IP LAW GROUP, PLC
117 E. Colorado Blvd., Suite 460
Pasadena, CA 91105
Telephone: (626) 405-1413
Facsimile:  (626) 628-0404

Attorneys for Plaintiff
TZU Technologies, LLC